UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

                         Case No. 1:25-cr-150

v.

                         HON. JANE M. BECKERING

KEVIN ALLAN ROBERTS,

     Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed on June 5, 2026 by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.     The Report and Recommendation of the Magistrate Judge (ECF No. 57) is approved and adopted as the opinion of the Court.

2.     Defendant's pleas of guilty are accepted and defendant is adjudicated guilty of the charges set forth in Counts One and Three of the Superseding Indictment.

3.     The written plea agreement is hereby continued under advisement pending sentencing.

Dated: June 23, 2026                      _/s/ Jane M. Beckering_____
                                    JANE M. BECKERING
                                    United States District Judge